UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

```
* * * * * * * * * * * * * * * * * * * * * * * *
                                        *
Gavin M. Code, Brian B. Code,              *
and Tanya A. Code                       *
        Plaintiffs                      *
                                        *        Docket No:
    v.                                  *
                                        *
William E. Wallace                      *
        Defendant                       *
                                        *
* * * * * * * * * * * * * * * * * * * * * * * *
```

## COMPLAINT

### JURISDICTION

1.          Jurisdiction is invoked pursuant to 28 U.S.C. § 1332.

### JURY TRIAL DEMANDED

2.          Plaintiffs demand a trial by jury on each of the causes of action pleaded

herein.

### VENUE

3.          Venue is proper for the United States District Court for the District of

New Hampshire pursuant to 28 U.S.C. § 1391(b).

### INTRODUCTION

4.          Plaintiff Gavin Code is a citizen of the State of Colorado with a residential

address at 7402 S. Utica Street, Littleton, Colorado, 80128.

5.      Plaintiff Brian Code is plaintiff Gavin Code's father, and is a citizen of the State of Colorado with a residential address at 7402 S. Utica Street, Littleton, Colorado, 80128.

6.      Plaintiff Tanya Code is plaintiff Gavin Code's mother, and is a citizen of the State of Colorado with a residential address at 7402 S. Utica Street, Littleton, Colorado, 80128.

7.      Defendant William Wallace is a resident of New Hampshire, with a residential address at 96 Western Ave., Henniker, NH, 03242.

8.      The plaintiff claims damages in excess of $75,000.00

## FACTUAL ALLEGATIONS

9.      Paragraphs 1-8 are incorporated herein by reference.

10.     On September 8, 2025 plaintiff Gavin Code was a student at St. Paul's School, in Concord New Hampshire.

11.     St. Paul's School provides a challenging academic and athletic program for students seeking an excellent education, and athletic recognition, and Gavin Code had accepted admission to the school in part to improve his ice hockey skills, with the goal of playing at a varsity level for a college with an ice hockey program.

12.     He was about to start his senior year and plaintiffs Brian and Tanya Code had paid the necessary costs for his fall season training and competition, which were nonrefundable.

13.     On September 8, 2025 plaintiff Gavin Code and his friend Catherine Emery Gay were walking on the cross-country trails on the grounds of the

school, and exited onto Hopkinton Road, in the City of Concord, New Hampshire.

14.      Plaintiff Gavin Code and Ms. Gay continued eastward on Hopkinton Road, toward the entrance to the school grounds.

15.      There were signs for vehicle traffic warning of pedestrians, and the posted speed limit was 30 mph.

16.      At all times the plaintiff was walking in a prudent and reasonable manner, keeping close to the edge of the road, and was clearly visible to traffic approaching from both the rear and the front.

17.      Defendant William Wallace was traveling eastward from Henniker, with a dog in his car, intending to bring the dog to a veterinary office.

18.      Without giving any audible warning or making any attempt to swerve or brake, he struck plaintiff Gavin Code from behind, running over his left foot, and throwing his body onto the hood of his car.

19.      Plaintiff Gavin Code suffered a concussion, painful abrasions and "road burn", and a fractured left foot. He was taken by ambulance to Concord Hospital, and treated thereafter at the Hospital, Concord Orthopaedics, and by the medical and training staff at St. Paul's School.

## COUNT I: NEGLIGENCE

20.      The allegations of paragraphs 1-19 are incorporated herein by reference.

21.      Defendant William Wallace  owed a duty of care to the plaintiff to use reasonable care in the operation of his vehicle, including but not limited to

a duty to keep a careful lookout, drive at a reasonable rate of speed, and follow the rules of the road, including RSA **265:37.**

22. The defendant breached that duty by, *inter alia,* failing to observe the plaintiff and take precautionary actions to avoid hitting him.

23. As a direct and proximate result of the defendant's negligence, plaintiff Gavin Code suffered the injuries described aforesaid, associated expenses for medical and rehabilitative treatment, inability to complete his academic and athletic requirements, loss of the opportunity to obtain an athletic scholarship or even the ability to compete at the college level, and extreme pain, suffering, and emotional distress.

## COUNT II: FINANCIAL LOSS TO PLAINTIFFS BRIAN AND TANYA CODE

24. The allegations of paragraphs 1-23 are incorporated herein by reference.

25. Plaintiffs Brian and Tanya Code are the parents of Gavin Code and are legally and emotionally responsible for his support, including the cost of healthcare and education, including related athletic education.

26. As a result of the defendant's negligence and the resulting injuries to plaintiff Gavin Code, plaintiffs Brian and Tanya Code incurred substantial financial losses for his medical care, for athletic training and competition which he was unable to participate in, and for travel and lodging to care for him and assist in his recovery.

WHEREFORE, the plaintiffs requests that this Honorable Court:

a. Schedule a trial by jury to adjudicate the dispute asserted in this action;

b.   Enter judgment against the defendant William Wallace in the maximum amount available to fairly and justly compensate plaintiffs Gavin, Brian, and Tanya Code for all injuries and losses, and court costs, as allowed and required by the Constitution, statutory and common law of the State of New Hampshire, within the jurisdiction of this Honorable Court; and

c.   Grant such other relief as is just and equitable.

Respectfully submitted,

Gavin Code, Brian Code, and Tanya Code,

By: THE NIXON LAW FIRM, PLLC

Dated: March 13, 2026

/s/Leslie C. Nixon
Leslie C. Nixon, Esquire (# 1880)
169 Daniel Webster Highway, Suite 12
Meredith, NH, 03253
(603) 669-7070
*lnixon@davenixonlaw.com*